UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NY BLACK AND GOLD CORP.,

                              Plaintiff,

        -against-

BENYS UNISEX SALON, INC. and
BENY MOLAYEV,

                              Defendants.
-----------------------------------------------------------------X

22-CV-10203 (LAK) (VF)

**STATUS UPDATE ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint status letter by **Friday, December 15, 2023**, updating the Court on the status of this case.

      **SO ORDERED.**

DATED:    New York, New York
               December 4, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge