# McCULLOCH | KLEINMAN

INTELLECTUAL PROPERTY ATTORNEYS

December 15, 2023      **MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-19-23
```

**VIA ECF**

Hon. Valerie Figueredo
U.S.D.C. Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Re:   *NY Black and Gold Corp. v. Hair Bar NYC, Inc., et al.*
       Case No. 1:22-cv-10203-LAK-VF

Dear Judge Figueredo:

This firm represents the Plaintiff in the above-referenced action. I write jointly with Defendant Beny Molayev to provide a status report to the Court pursuant to the Order dated December 4, 2023 (Dkt. No. 40). The parties are pleased to report that we have reached a settlement in principle which resolves all claims in-suit. The execution and full performance of the settlement obligations agreed to by the parties will require 120 days to complete. The parties thus request that the case either be stayed during that time, or dismissed without prejudice, with the right to reopen the case if Defendants' settlement obligations are not fully satisfied by April 15, 2024.

I hereby certify, under penalty of perjury, that Defendant Molayev has reviewed and approves the filing of this letter and the joint request made herein.

Respectfully,

Nate A. Kleinman, Esq.
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
(212) 355-6050
nate@mkiplaw.com

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, 4/15/2024, if the settlement is not consummated by then.

SO ORDERED:
Lewis A. Kaplan
S.D.J.
12/19/23

www.mcculllochkleinman.com